| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

**DEMORRIS J. PAYNE,**

*Plaintiff*,

*versus*

**EXTRA SPACE STORAGE,**

*Defendant.*

§ § § § § § § § § § §

**CIVIL ACTION NO. 1:25-CV-00114**

## ORDER OF DISMISSAL

This case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On September 30, 2025, after mediation, Plaintiff DeMorris J. Payne and Defendant Extra Space Management Inc. jointly moved the court to dismiss with prejudice all Plaintiff's claims against Defendant (#22). Since all parties had signed the motion, the magistrate judge construed it as a voluntary stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and recommended that this court dismiss the case with prejudice (#24). No party objected.

The recommendation of the magistrate judge is adopted. The parties' Joint Motion to Dismiss (#22) is **GRANTED**. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' agreement. Each party is to bear its own cost of court and attorney's fees. The clerk is directed to close the case and deny any pending motions as moot.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 28th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE